KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUDI KELSEY, <br><br> Plaintiff, <br><br> v. <br><br> JO ANNE B. BARNHART, <br> Commissioner of Social Security, <br><br> Defendant. | CIVIL NO.  05-00532 MMC <br><br> STIPULATION AND ORDER VACATING HEARING <br><br> Date: July 1, 2005 <br> Time: 9:00 a.m. |

IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court that, pursuant to the Notice of Dismissal filed by Plaintiff on June 17, 2005, the hearing scheduled for July 1, 2005 at 9:00 a.m. should be vacated.

Dated: June 20, 2005         /s/
                                          IAN M. SAMMIS
                                          Attorney for Plaintiff

                                          KEVIN V. RYAN
                                          United States Attorney

Dated: June 21, 2005   By:   /s/
                                          SARA WINSLOW
                                          Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: June 22, 2005         /s/ Maxine M. Chesney
                                          MAXINE M. CHESNEY
                                          United States District Judge